UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| NATHAN JOHNSON,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>               Defendant. | No.  CV-08-0284-JPH<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 15**).  The parties have filed a consent to proceed before a magistrate judge.  (Ct. Rec. 8).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge will: (1) re-evaluate whether plaintiff can perform his past relevant work, and, if necessary, obtain supplemental evidence from a vocational expert and, if necessary, obtain supplemental evidence from a vocational expert regarding plaintiff's ability to perform his past relevant work or other

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

work in the national economy.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 15**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 20th day of April, 2009.

                                      *s/James P. Hutton*
                                      JAMES P. HUTTON
                     UNITED STATES MAGISTRATE JUDGE