1

2         **UNITED STATES DISTRICT COURT**

3         **EASTERN DISTRICT OF WASHINGTON**

4

5    NATHAN JOHNSON,                    )
                                        )
6              Plaintiff,               )
                                        )        NO.  CV-08-0284-JPH
7         vs.                           )
                                        )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
     Commissioner of Social Security,   )
9                                       )
               Defendant.               )
10                                      )
                                        )
11   _____)

12   **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19        DATED this 20th day of April, 2009.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      by:   s/Pamela A. Howard
                                                 Deputy Clerk
24

25

26   cc: all counsel